UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN THE MATTER OF:

WAYNE ALAN PORTER

CHAPTER **13**
Case No. 14-30843-JDA
Judge Joel D. Applebaum

Debtor

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND
TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS;
NOTICE TO CREDITORS OF OBLIGATION TO
FILE A RESPONSE AND RIGHT TO OBJECT; AND
NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION**

*Please read this Report carefully. It advises you of certain
rights and deadlines imposed pursuant to the law.*
*Your rights may be adversely affected.*

Carl L. Bekofske, Standing Chapter 13 Trustee, pursuant to F.R.Bankr.P. 3002.1(f) and E.D. Mich. LBR 2015-3(a)(1), reports to the Court that the above-named Debtor has completed all payments under the confirmed Chapter 13 plan.

This notice is provided pursuant to F.R.Bankr.P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtor(s) principal residence and whose claims are provided for under 11 U.S.C. 1322(b)(5).

> **IF YOUR CLAIM WAS PAID BY THE TRUSTEE, THE DEBTOR HAS PAID IN FULL THE AMOUNT REQUIRED TO CURE ANY DEFAULT ON YOUR CLAIM.**
>
> **IF YOUR CLAIM WAS PAID DIRECTLY BY THE DEBTOR OR THE AUTOMATIC STAY WAS LIFTED DURING THE TERM OF THE DEBTOR CHAPTER 13 PLAN, THE TRUSTEE DOES NOT HAVE ANY INFORMATION REGARDING WHETHER THIS OBLIGATION IS CURRENT.**
>
> *PURSUANT TO F.R.BANKR.P. 3002.1(g), YOU ARE REQUIRED TO FILE AND SERVE A RESPONSE ON THE DEBTOR, DEBTOR'S COUNSEL AND THE TRUSTEE, NO LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE. F.R.BANKR.P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE REQUIRED RESPONSE.*

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(2), if the Court determines that Debtor is eligible for a Discharge, the Order of Discharge will include findings that:

1. All allowed claims have been paid in accordance with the plan; and

2. With respect to any secured claim that continues beyond the term of the plan, any prepetition or post-petition defaults have been cured and the claim is in all respects current, with no escrow balance, late charges, costs or attorney fees owing.

Pursuant to E.D. Mich. LBR 2015-3(a)(3), if the Court determines that Debtor is eligible for a Discharge, the Order of Discharge will direct that:

1. Any creditor who held a secured claim that was fully paid shall execute and deliver to the Debtor a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and

2. Any creditor who holds a secured claim that continues beyond the term of the plan shall take no action inconsistent with the findings set forth in the Order of Discharge.

**RIGHTS AND DUTIES OF DEBTOR**

**Duty of Debtor regarding secured debt obligations:** Every Debtor, regardless of whether the Debtor is or claims to be entitled to a discharge, must:

1. Immediately begin making the required payments on secured debt obligations to avoid defaulting on those secured debt obligations.

2. Continue to make required payments on secured debt obligations until those obligations are paid in full. If the Court determines that the Debtor is eligible for a Discharge, the Chapter 13 Discharge will not discharge the Debtor from any obligation on any continuing secured debt payments that come due after the date of the Debtor's last payment under the Plan.

*See* E.D. Mich. LBR 2015-3(a)(6)&(7).

**If the Debtor claims to be eligible for a discharge pursuant to 11 USC Section 1328:**

1. Within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor must file with the Court the Chapter 13 Debtor's Certification Regarding Domestic Support Obligations and Section 522(q), Official Form B283. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

2. If this is a Joint Case, each Debtor must separately complete and file a Debtor's Certification Regarding Domestic Support Obligations and Section 522(q), Official Form B283.

3. If the Debtor fails to complete and file a Chapter 13 Debtor's Certification Regarding Domestic Support Obligations and Section 522(q), Official Form B283 within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor's case may be closed by the Court without the entry of a discharge.

*See* E.D. Mich LBR 4004-1

**RIGHTS AND DUTIES OF CREDITORS**

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(4), if any party in interest asserts that:

1. The Debtor has failed to make all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; or

2. The Debtor is not current in any payments the Debtor was authorized to make directly to a creditor; or

3. One or more allowed claims have not been paid in accordance with the plan; or

4. With respect to any secured claim that continues beyond the term of the plan, there remains prepetition or post-petition defaults that have not been cured or that the claim is otherwise not current in all respects including, but not limited to, any unpaid escrow balance, late charge, cost or attorney fee; or

5. A creditor has a lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; or

6. There exists reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtor; or

    (b) There is pending any proceeding in which the debtor's may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

the party may file an objection to this Report. Any objection must be filed not later than 21 days after service of this Trustee's Report. If a timely objection is filed, the Court will delay entry of the order of discharge until the Court resolves the objection and a hearing will be scheduled with notice to the objecting party.

In addition to the requirements of F.R.Bankr.P. 3002.1(g), if no objection to this Trustee's Report is timely filed, pursuant to E.D. Mich. LBR 2015-3(a)(5), it shall be conclusively determined that:

1. Debtor has made all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; and

2. Debtor is current in all payments Debtor was authorized to make directly to a creditor; and

3. All allowed claims have been paid in accordance with the plan; and

4. With respect to any secured claim that continues beyond the term of the plan, all prepetition and post-petition defaults have been cured and the claim is current in all respects including, but not limited to, all escrow balances, late charges, costs or attorney fees; and

5. A creditor has no lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and;

6. There exists no reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtor; or

    (b) There is pending any proceeding in which the debtor may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

7. The Court may enter an order of discharge containing the terms set forth above without further notice or hearing.

        OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-FLINT
        Carl L. Bekofske, Chapter 13 Standing Trustee

Dated: October 01, 2020

/s/ Carl L. Bekofske
CARL L. BEKOFSKE (P16045)
MELISSA CAOUETTE (P62729)
400 N. Saginaw St. STE 331
Flint, MI 48502-2045
Telephone (810) 238-4675

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

| | |
|---|---|
| **IN THE MATTER OF:**<br>WAYNE ALAN PORTER<br><br>_____ Debtor | CHAPTER 13<br>Case No. 14-30843-JDA<br>Judge Joel D. Applebaum |

### PROOF OF SERVICE OF TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION

    I hereby certify that on October 01, 2020, I electronically filed the TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    The following parties were served electronically:

Frego & Associates - The Bankruptcy Law Office Plc


    The parties on the attached list were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:


/s/ Sherry Beasinger
_____
Sherry Beasinger
For the Office of the Chapter 13 Standing Trustee-Flint
400 N. Saginaw St. STE 331
Flint, MI 48503-2045
(810) 238-4675

WAYNE ALAN PORTER
1110 VERMILYA AVE.
FLINT, MI 48507-1530

68TH DISTRICT COURT
630 S SAGINAW ST
FLINT, MI 48502-1526

AMERICAN INFOSOURCE LP
2230 E. IMPERIAL HWY
MAIL STATION N387
EL SEGUNDO, CA 90245

ANESTHESIA STAFFING CONSULTANTS INC.
PO BOX 1259
DEPT 92667
OAKS, PA 19456

AT&T SERVICES INC
ATTN: KAREN CAVAGNARO
ONE AT&T WAY, ROOM 3A 231
BEDMINSTER, NJ 07921

BSI FINANCIAL SERVICES
PO BOX 517
TITUSVILLE, PA 16354

BSI FINANCIAL SERVICES
1425 GREENWAY DRIVE, STE 400
IRVING, TX 75038

CAVALRY PORTFOLIO SERVICES LLC
PO BOX 27288
TEMPE, AZ 85282-7288

CBM SERVICES
300 RODD ST.
SUITE 2O2
MIDLAND, MI 48640

CITY OF FLINT
C/O DOUGLAS BINGAMAN
1101 S. SAGINAW STREET
FLINT, MI 48502

COMCAST
41112 CONCEPT DR
PLYMOUTH, MI 48170

COMPLETE HEALTH SYSTEMS
5084 VILLA LINDE PKWY, SUITE 7
FLINT, MI 48532

CREDIT PROTECTION SERVICE
PO BOX 802068
DALLAS, TX 75380

CT CENTER OF FLINT PLLC
PO BOX 320070
FLINT, MI 48532

DEPT OF ED/SALLIE MAE
11100 USA PKWY
FISHERS, IN 46037

DETROIT MEDICAL CENTER
3663 WOODWARD, STE 300
DETROIT, MI 48201-2403

DIAGNOSTIC RADIOLOGY
DEPT CH 17923
PALATINE, IL 60055

FINANCIAL PLUS FEDERAL CU
G3381 VAN SLYKE RD.
PO BOX 7006
FLINT, MI 48507-7006

HARTZ & BOIKE, P.C.
G4007 W. COURT STREET
FLINT, MI 48532

HEART CARE
1666 MOMENTUM PL
CHICAGO, IL 60689

IC SYSTEMS, INC
PO BOX 64378
ATTN BANKRUPTCY PAYMENT PROCES
ST PAUL, MN 55164

KATHLEEN MAIN
1038 SOUTH GRAND TRAVERSE
FLINT, MI 48502

LORI FRANK
16155 W 12 MILE RD
STE 6
SOUTHFIELD, MI 48076

MCLAREN REGIONAL MEDICAL CENTER
PO BOX 441575
DETROIT, MI 48244

MICHIGAN DEPT OF TREASURY
430 W ALLEGAN, TREASURY BLDG
ATTN BANKRUPTCY PAYMENTS
LANSING, MI 48922

MID MICHIGAN PAIN MANAGEMENT
1051 PROFESSIONAL DR
FLINT, MI 48532

MMCC
6324 TAYLOR DR
FLINT, MI 48507-4685

MONEY RECOVERY NATIONWIDE
PO BOX 13129
LANSING, MI 48901-3129

NATIONSTAR MORTGAGE, LLC
PO BOX 619094
DALLAS, TX 75261-9741

NAVIENT SOLUTIONS, INC
DEPT OF EDUCATION LOAN SERVICING
220 LASLEY AVE
(PO BOX 4450, 740351)
WILKES-BARRE, PA 18706

ORLANS ASSOCIATES
PO BOX 5041
TROY, MI 48007

PLUS DIAGNOSTICS
2901 MOMENTUM PL
CHICAGO, IL 60689

REGIONAL MEDICAL IMAGING
3346 LENNON ROAD
SUITE 2
FLINT, MI 48507-1076

RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

SALLIE MAE
PO BOX 9635
WILKES-BARRE, PA 18773-9635

SOTTILE & BARILE
394 WARDS CORNER RD, STE 180
LOVELAND, OH 45140

STAT EMERGENCY MEDICAL
520 W 3RD
FLINT, MI 48503

SUNIL KAUSHAL MD
PO BOX 673695
DETROIT, MI 48267

TROTT LAW, PC
31440 NORTHWESTERN HWY
SUITE 200
FARMINGTON HILLS, MI 48334